

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2025

No. 04-25-00560-CV

**IN RE** Adam **CHERRINGTON** and Jevanna Cherrington

Original Proceeding[1]

**ORDER**

Sitting:    Irene Rios, Justice
Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice

Relators filed their petition for writ of mandamus on September 3, 2025. The Texas Department of Family and Protective Services filed their reply as the real party in interest on September 11, 2025. The relators have filed a response to the real party in interest's reply. Having considered the arguments of the parties, the record provided, and the applicable law, the court has determined that relators are not entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is **DENIED**.

It is so **ORDERED** on October 29, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2025-PA-01434, styled *In the Interest of X.I.H., a Child*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Elizabeth Martinez presiding.